No. A–1019 (95–9261). SMITH v. PARKE, SUPERINTENDENT, IN-
DIANA STATE PRISON. C. A. 7th Cir. Application for stay of
execution of sentence of death, presented to JUSTICE STEVENS,
and by him referred to the Court, granted pending the disposition
by this Court of the petition for writ of certiorari. Should the
petition for writ of certiorari be denied, this stay terminates auto-
matically. In the event the petition for writ of certiorari is
granted, this stay shall continue pending the sending down of the
judgment of this Court.